UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEICE KATHRINE HALL-JOHNSON,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHINATOWN COMMUNITY DEVELOPMENT CENTER, INC.,<br><br>  Defendants. | Case No.  21-cv-07770-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Referred to an Early Settlement Conference with a Random Magistrate to occur as soon as possible.

FURTHER CASE MANAGEMENT: 1/27/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 3/17/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by; 3/31/2023;
  Opp. Due: 4/14/2023; Reply Due: 4/21/2023;
  and set for hearing no later than 5/5/2023 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 6/6/2023 at 3:30 PM.

6/20/2023 TRIAL DATE: JURY at 8:30 AM.
  Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:


The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: November 18, 2022

_____
SUSAN ILLSTON
United States District Judge

2