UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEICE KATHRINE HALL-JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CHINATOWN COMMUNITY DEVELOPMENT CENTER, INC.,<br><br>Defendant. | Case No. 21-cv-07770-SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AND ALLOWING DEFENDANT TO AMEND ANSWER**<br><br>Re: Dkt. No. 81 |

Plaintiff Carneice Hall-Johnson has filed a motion to strike the answer and affirmative defenses of defendant Chinatown Community Development Center, Inc. Dkt. No. 81; *see also* Dkt. No. 68 (Answer, filed Jan. 20, 2023). The motion is set for a hearing on April 14, 2023. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and **VACATES** the hearing set for April 14, 2023.

Plaintiff moves to strike defendant's answer and affirmative defenses in their entirety, pursuant to Federal Rule of Civil Procedure 12(f). Plaintiff argues that the answer and affirmative defenses "are Insufficient Defenses, Redundant, Immaterial, Impertinent and Scandalous Matter" as well as prejudicial. Dkt. No. 81 at 2.

Defendant filed an opposition brief. Dkt. No. 88. Plaintiff's optional reply brief was due on February 21, 2023, but plaintiff did not file a reply.

In defendant's opposition brief and in the recent joint case management conference statement, defendant stated that it asked plaintiff if she would stipulate to defendant filing an amended answer, and that plaintiff refused. Dkt. No. 87 at 4; Dkt. No. 88 at 8.

1    Given that Federal Rule of Civil Procedure 15(a) states that "[t]he court should freely give leave" to a party to amend the pleadings "when justice so requires[,]" the Court will DENY plaintiff's motion to strike at this time and will allow defendant to amend the answer. Rule 15 embodies a strong federal policy in favor of deciding cases on their merits. There is nothing before the Court to indicate that defendant has engaged in undue delay or bad faith in the filing of its answer, and at this stage of the case (roughly one month after defendant filed the answer and with roughly four months remaining before trial), the Court finds no prejudice to plaintiff in allowing defendant to amend.

Plaintiff's motion to strike defendant's answer and affirmative defenses is **DENIED**. **Defendant shall file the amended answer no later than March 10, 2023.**

**IT IS SO ORDERED**.

Dated: February 24, 2023

_____
SUSAN ILLSTON
United States District Judge