UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEICE KATHRINE HALL-JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CHINATOWN COMMUNITY DEVELOPMENT CENTER, INC.,<br><br>Defendant. | Case No. 21-cv-07770-SI<br><br>**ORDER CLARIFYING DEADLINES AND REFERRING RECUSAL MOTION TO CLERK** |

Plaintiff Carneice Hall-Johnson, who is representing herself, has brought a housing discrimination suit against defendant Chinatown Community Development Center, Inc. At this time, there are several different motions on file with the Court. The Court is issuing this order so that all parties understand what the next steps are for these motions.

**Plaintiff's Motion to Strike the Answer to the Amended Complaint (Dkt. No. 101)**

Plaintiff filed this motion on March 16, 2023. Based on the Civil Local Rules of the Northern District of California, Civil Local Rule 7-3(a), defendant had 14 days to file an opposition brief. Defendant's opposition brief was therefore due on March 30, 2023. Defendant filed an opposition brief early, on March 23, 2023. Dkt. No. 109. (Defendant incorrectly labeled this brief as a "Reply" when filing in ECF.)

Civil Local Rule 7-3(c) states that reply briefs are due 7 days after the opposition was due. If plaintiff wishes to file a reply brief in support of her motion to strike, she must file it by **April 6, 2023**. The hearing for this motion is set for **April 28, 2023, at 10:00 a.m. over Zoom**. The Court has not ruled on this motion yet.

Civil Local Rule 7-1(b) allows a Judge to rule on a motion in a civil case without holding a hearing (oral argument) on the motion. If the Court decides to rule on this motion and not have a hearing, the Court will notify the parties before April 28.

A copy of the Civil Local Rules is available on the Northern District's website, at: https://cand.uscourts.gov/rules/civil-local-rules/

**Defendant's Motion for Summary Judgment (Dkt. No. 111)**

On March 30, 2023, defendant filed a motion for summary judgment. Dkt. No. 111. This is a "dispositive motion," meaning that **if the Court grants the motion, it will end the case and there will be no trial**. The Court set the schedule for this motion at a case management conference in November 2022. Dkt. No. 59.

Based on the schedule, **plaintiff's opposition brief to the summary judgment motion is due April 14, 2023.** Defendant may file a reply brief by April 21, 2023. The hearing for the summary judgment motion is set for **May 5, 2023, at 10:00 a.m. over Zoom.**

**Plaintiff's Motion for Recusal (Dkt. No. 113)**

On March 31, 2023, Ms. Hall-Johnson filed a motion to recuse this Judge from the case. Dkt. No. 113. Civil Local Rule 3-14 states that a Judge may refer a request for recusal to the Clerk for random assignment to another Judge. **The Court therefore REFERS the motion for recusal (Dkt. No. 113) to the Clerk for random assignment to another Judge.** The Court is not sending the entire case to a different Judge. What this means is that a different Judge will decide whether to grant plaintiff's motion to recuse this Judge.

In the meantime, the hearing on the motion for recusal that Ms. Hall-Johnson set for April 21, 2023, is **VACATED**. Any further proceedings on the motion for recusal will be decided by the Judge who is assigned to decide the motion.

**All the other deadlines in this case for the motion to strike and the motion for summary judgment are still in place.**

**Resources for Parties Who are Representing Themselves ("Pro Se")**

The Court reminds Ms. Hall-Johnson that help is available through the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982 or emailing fedpro@sfbar.org.  At the Legal Help Center, Ms. Hall-Johnson may speak with an attorney who may be able to provide free basic legal help but not representation.  The Court's website also includes information about how to represent yourself and a link to a copy of the district court's handbook Representing Yourself in Federal Court, which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.  *See* https://cand.uscourts.gov/pro-se-litigants

**IT IS SO ORDERED**.

Dated: March 31, 2023

_____
SUSAN ILLSTON
United States District Judge