UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEICE KATHRINE HALL-JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CHINATOWN COMMUNITY DEVELOPMENT CENTER, INC.,<br><br>    Defendant. | Case No. 21-cv-07770-SI<br><br>**ORDER VACATING APRIL 28, 2023 HEARING ON MOTION TO STRIKE** |

On March 31, 2023, plaintiff Carneice Hall-Johnson filed a motion asking this Judge to recuse herself from Ms. Hall-Johnson's case. Mot. for Recusal, Dkt. No. 113. Pursuant to Civil Local Rule 3-14, this Judge referred that motion to the Clerk of Court for random reassignment to another Judge. Dkt. No. 115 at 2; Civil L.R. 3-14. The Clerk of Court has assigned Ms. Hall-Johnson's recusal motion to Judge Jon S. Tigar. Dkt. No. 115. Judge Tigar will issue the ruling on Ms. Hall-Johnson's recusal motion.

In the meantime, the Court **VACATES the hearing on April 28, 2023**, on plaintiff's motion to strike defendant's amended answer and affirmative defenses (Dkt. No. 101). This motion has been fully briefed. The motion to strike will be decided after Judge Tigar's ruling on the recusal motion. The parties do not need to do anything further on the motion to strike at this time.

**IT IS SO ORDERED**.

Dated: April 18, 2023

SUSAN ILLSTON
United States District Judge